Case 2:15-cr-00707-R-AB  Document 54  Filed 03/14/16  Page 1 of 5  Page ID #:157

RULE 5 DOCUMENTS

15 CR-707-R-3



| | | |
|---|---|---|
| efile_information@casd.uscourts.gov<br>03/14/2016 03:34 PM | To | efile_information@casd.uscourts.gov |
| | cc | |
| | bcc | |
| | Subject | Activity in Case 3:16-mj-00661-DHB USA v. Aguilar Notice to Receiving District of MJ Case Removal FORM |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**Southern District of California**

FILED
CLERK, U.S. DISTRICT COURT
MAR 1 4 2016
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

**Notice of Electronic Filing**

The following transaction was entered on 3/14/2016 at 3:34 PM PDT and filed on 3/14/2016

**Case Name:** USA v. Aguilar
**Case Number:** 3:16-mj-00661-DHB
**Filer:**
**Document Number:** 12(No document attached)

**Docket Text:**
**NOTICE to Receiving District: (Central District of California), of Case Removal, as to Adriana Aguilar. The following documents are available on the public docket: [10] Waiver of Rule 5 Hearings, [7] Notice of Attorney Appearance - Defendant, [6] Notice of Attorney Appearance - Defendant, [1] Out of District Complaint. To request additional transfer information and/or to submit acknowledgment re receipt of transfer, please email InterdistrictTransfer_CASD@casd.uscourts.gov. (srm)**

**3:16-mj-00661-DHB-1 Notice has been electronically mailed to:**

U S Attorney CR     Efile.dkt.gc2@usdoj.gov

Norma A Aguilar     norma_aguilar@fd.org, aguilarlaw@yahoo.com, diana_walker@fd.org

Chelsea A. Estes     chelsea_estes@fd.org, imelda_armantrout@fd.org

**3:16-mj-00661-DHB-1 Electronically filed documents must be served conventionally by the filer to:**

# U.S. District Court
## Southern District of California (San Diego)
## CRIMINAL DOCKET FOR CASE #: 3:16-mj-00661-DHB All Defendants

Case title: USA v. Aguilar

Date Filed: 03/07/2016
Date Terminated: 03/14/2016

---

Assigned to: Magistrate Judge David H. Bartick

**Defendant (1)**

**Adriana Aguilar**
*TERMINATED: 03/14/2016*

represented by **Federal Defenders**
Federal Defenders of San Diego
225 Broadway
Suite 900
San Diego, CA 92101-5008
(619)234-8467
Fax: (619)687-2666
Email: cassd_ecf@fd.org
*TERMINATED: 03/09/2016*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Chelsea A. Estes**
Federal Defenders of San Diego
225 Broadway
Suite 900
San Diego, CA 92101
619-234-8467
Email: chelsea_estes@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Norma A Aguilar**
Federal Defenders of San Diego, Inc.
225 Broadway
Suite 900
San Diego, CA 92101
(619)234-8467
Fax: (619)687-2666
Email: norma_aguilar@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts** | **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts** | **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints** | **Disposition**

21:846; 21:841(a)(1), (b)(1)(A)(viii) - Conspiracy to Distribute Methamphetamine; Distribution and Possession with Intent to Distribute Methamphetamine

**Plaintiff**

USA  represented by  U S Attorney CR
U S Attorneys Office Southern District of California
Criminal Division
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: Efile.dkt.gc2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant United States Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/06/2016 | | Arrest of Adriana Aguilar (no document attached) (yeb) (Entered: 03/07/2016) |
| 03/07/2016 | 1 | OUT OF DISTRICT COMPLAINT as to Adriana Aguilar. (Attachments: # 1 Information Sheet)(yeb) (Entered: 03/07/2016) |
| 03/07/2016 | 2 | Set/Reset Duty Hearings as to Adriana Aguilar: Initial Appearance - ODC set for 3/7/2016 before Magistrate Judge David H. Bartick. (no document attached) (tkl) (Entered: 03/07/2016) |
| 03/07/2016 | 3 | Minute Entry for proceedings held before Magistrate Judge David H. Bartick: Initial Appearance - Out of District Complaint as to "person charged as" Adriana Aguilar held on 3/7/2016. Federal Defenders for "person charged as" Adriana Aguilar on behalf of defendant. Bond set as to "person charged as" Adriana Aguilar (1) No Bail. Detention Hearing - RF set for 3/10/2016 11:30 AM before Magistrate Judge David H. Bartick. Removal/ID Hearing set for 3/17/2016 01:30 PM before Magistrate Judge David H. Bartick. (CD# 3/7/2016 DHB 16:2:34-3:02). (Plaintiff Attorney Alex Hernandez, AUSA). (Defendant Attorney Chelsea Estes, FD-S/A). (no document attached) (yeb) (Entered: 03/08/2016) |

| | | |
|---|---|---|
| 03/07/2016 | 4 | Oral MOTION to Detain (flight) by USA as to "person charged as" Adriana Aguilar. (no document attached) (yeb) (Entered: 03/08/2016) |
| 03/07/2016 | 5 | ***English. No Interpreter needed as to "person charged as" Adriana Aguilar (no document attached) (yeb) (Entered: 03/08/2016) |
| 03/09/2016 | 6 | NOTICE OF ATTORNEY APPEARANCE: Chelsea A. Estes appearing for Adriana Aguilar (Estes, Chelsea)Attorney Chelsea A. Estes added to party Adriana Aguilar(pty:dft) (fth). (Entered: 03/09/2016) |
| 03/10/2016 | 7 | NOTICE OF ATTORNEY APPEARANCE: Norma A Aguilar appearing for Adriana Aguilar (Aguilar, Norma)Attorney Norma A Aguilar added to party Adriana Aguilar(pty:dft) (srm). (Entered: 03/10/2016) |
| 03/10/2016 | 8 | Minute Entry for proceedings held before Magistrate Judge David H. Bartick: Detention Hearing Continued as to Adriana Aguilar. Defendant not appearing due to chicken pox quarantine. Defense counsel request to hold detention hearing in the defendant's absence is denied without a written waiver. Matter is continued to 3/11/16 at 10:30am before Magistrate Judge David H. Bartick. Excludable(s) started as to Adriana Aguilar: XM 3/10/16-3/11/16 (CD# 3/10/2016 DHB 16-1:11:52-11:58). (Plaintiff Attorney Rosales Gonzalez AUSA). (Defendant Attorney Norma Aguilar FD-S/A). (no document attached) (aje) (Entered: 03/10/2016) |
| 03/11/2016 | 9 | Minute Entry for proceedings held before Magistrate Judge David H. Bartick: Detention Hearing as to Adriana Aguilar held on 3/11/2016. Defendant present in custody. The Court grants without prejudice Governments 4 Oral Motion to Detain as to risk of flight as to Adriana Aguilar (1). Removal/ID Hearing as to Adriana Aguilar not held on 3/11/2016. Defendant waives Removal/ID Hearing. Waiver filed. The Court orders the defendant removed forthwith to the Central District of California. Warrant of Removal filed. (CD# 3/11/2016 DHB 16-1:10:11-10:53). (Plaintiff Attorney Rosales Gonzalez AUSA). (Defendant Attorney Norma Aguilar FD). (no document attached) (aje) (Entered: 03/11/2016) |
| 03/11/2016 | 10 | WAIVER of Rule 5 Hearings by Adriana Aguilar. (srm) (Entered: 03/14/2016) |
| 03/11/2016 | 11 | WARRANT of Removal to District of Central District of California Issued as to Adriana Aguilar. (srm) (Entered: 03/14/2016) |
| 03/14/2016 | 12 | NOTICE to Receiving District: **(Central District of California)**, of Case Removal, as to Adriana Aguilar. The following documents are available on the public docket: 10 Waiver of Rule 5 Hearings, 7 Notice of Attorney Appearance - Defendant, 6 Notice of Attorney Appearance - Defendant, 1 Out of District Complaint. To request additional transfer information and/or to submit acknowledgment re receipt of transfer, please email InterdistrictTransfer_CASD@casd.uscourts.gov. (srm) (Entered: 03/14/2016) |