UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br>V.<br><br>ADRIANA AGUILAR<br><br>PLAINTIFF / DEFENDANT | CASE NUMBER:<br>CR 15-0707<br><br>REPORT COMMENCING CRIMINAL ACTION |
|---|---|

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 3/18/16   4:00   ☐ AM  ☒ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes   ☐ No

4. Charges under which defendant has been booked:
   21 USC 846, 841 CONSP TO POSS W/INT TO DIST METHAMPHETAMINE

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: _____

7. Year of Birth: 1980

8. Defendant has retained counsel:   ☒ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: DUTY OFFICER

10. Remarks (if any): _____

11. Name: LINDA K. FARRAR   (please print)

12. Office Phone Number: 213-620-8325

13. Agency: U.S. MARSHALS SERVICE

14. Signature: /s/ Linda K. Farrar

15. Date: 3/21/16

CR-64 (2/14)   REPORT COMMENCING CRIMINAL ACTION