# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. Adriana Aguilar, Defendant. | Western Division<br>Case Number: 2:15-CR-00707-R-3    Indictment<br>Initial App. Date: 03/21/2016    Custody<br>Initial App. Time: 2:00 PM<br>Date Filed: 12/22/2015<br>Violation: 21usc846, 21usc841(a)(1), (b)(1)(A)(viii)<br>CourtSmart/ Reporter: CS 03/21/16 |

**PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE:** Alka Sagar

**CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE**

**PRESENT:** Felix, Alma (Deputy Clerk) — Rebecca Shults (Assistant U.S. Attorney) — None (Interpreter/Language)

- [ ] INITIAL APPEARANCE NOT HELD - CONTINUED
- [x] Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and
  - [x] preliminary hearing OR [ ] removal hearing / Rule 20.
- [x] Defendant states true name [x] is as charged [ ] is _____
- [ ] Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to file all future documents reflecting the true name as stated on the record.
- [x] Defendant advised of consequences of false statement in financial affidavit. [ ] Financial Affidavit ordered SEALED.
- [x] Attorney: Stephen Frye, Panel [x] Appointed [ ] Prev. Appointed [ ] Poss. Contribution (see separate order)
  - [ ] Special appearance by: _____
- [x] Government's request for detention is: [ ] GRANTED [ ] DENIED [ ] WITHDRAWN [x] CONTINUED
- [x] Defendant is ordered: [ ] Permanently Detained [x] Temporarily Detained (see separate order).
- [ ] BAIL FIXED AT $ _____ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)
- [ ] Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: [ ] GRANTED [ ] DENIED
- [ ] Preliminary Hearing waived.
- [ ] Class B Misdemeanor [ ] Defendant is advised of maximum penalties
- [ ] This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of all further proceedings.
- [ ] PO/PSA WARRANT [ ] Counsel are directed to contact the clerk for District Judge _____ for the setting of further proceedings.
- [ ] Preliminary Hearing set for _____ at 4:30 PM _____
- [ ] PIA set for: _____ at 1:00PM in LA; at 9:30 AM in Riverside; at 10:00 AM in Santa Ana
- [ ] Government's motion to dismiss case/defendant _____ only: [ ] GRANTED [ ] DENIED
- [ ] Defendant's motion to dismiss for lack of probable cause: [ ] GRANTED [ ] DENIED
- [ ] Defendant executed Waiver of Rights. [ ] Process received.
- [ ] Court ORDERS defendant Held to Answer to _____ District of _____
  - [ ] Bond to transfer, if bail is posted. Defendant to report on or before _____
  - [ ] Warrant of removal and final commitment to issue. Date issued: _____ By CRD: _____
  - [ ] Warrant of removal and final commitment are ordered stayed until _____
- [x] Case continued to (Date) 3/23/16 (Time) 10 am (AM)/ PM
  - Type of Hearing: Detention Hearing Before Judge Alka Sagar /Duty Magistrate Judge.
  - Proceedings will be held in the [ ] Duty Courtroom _____ [x] Judge's Courtroom 540 / Roybal
- [x] Defendant committed to the custody of the U.S. Marshal [ ] Summons: Defendant ordered to report to USM for processing.
- [ ] Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
- [ ] Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
- [ ] RELEASE ORDER NO: _____
- [x] Other: PIA held, see seperate order.

[x] PSA [ ] USPO    [x] FINANCIAL    [x] READY

Deputy Clerk Initials: AF / 05

M-5 (10/13)    CALENDAR/PROCEEDING SHEET - LOCAL/OUT-OF-DISTRICT CASE    Page 1 of 1