# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | | CASE NUMBER: |
|---|---|---|
| | Plaintiff(s) | CR  CR15-0707-R |
| v. | | |
| ADRIANA AGUILAR | | WARRANT FOR ARREST |
| 78073-198 | Defendant(s) | |

TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest **ADRIANA AGUILAR**

and bring him/her forthwith to the nearest Magistrate Judge to answer a(n): ☐ Complaint ☒ Indictment ☐ Information ☐ Order of Court ☐ Probation Violation Petition ☐ Violation Notice

Charging him/her with: (ENTER DESCRIPTION OF OFFENSE BELOW)

Conspiracy to Distribute Methamphetamine;
Distribution and Possession with Intent to Distribute Methamphetamine

FILED
CLERK, U.S. DISTRICT COURT
MAR 30 2016
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

in violation of the following Title, United States Code, Section(s)
21 U.S.C. § 846;
21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii):

| Kiry K. Gray | December 22, 2015    LOS ANGELES, CALIFORNIA |
|---|---|
| NAME OF ISSUING OFFICER | DATE AND LOCATION OF ISSUANCE |
| Clerk of Court | |
| TITLE OF ISSUING OFFICER | BY: KAREN L. STEVENSON |
| /s/ Marilyn Davis | NAME OF JUDICIAL OFFICER |

## RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

ARRESTED ON: 3/7/16 DISTRICT OF CA
WITHIN THE S DISTRICT OF CA
DKS - SAN YSIDRO POE, CA

| DATE RECEIVED | NAME OF ARRESTING OFFICER |
|---|---|
| DATE OF ARREST | TITLE |
| DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO | SIGNATURE OF ARRESTING OFFICER |

**WARRANT FOR ARREST**

CR-12 (07/04)                                                                  PAGE 1 OF 2