**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CRIMINAL MINUTES -- GENERAL**

Case No.   **CR-15-707-R-3**                                    **Date: JUNE 13, 2016**

=====================================================================
PRESENT:   **HONORABLE MANUEL L. REAL, JUDGE**

| Christine Chung | Sheri Kleeger | Patricia Daffodil Tyminski |
|---|---|---|
| **Courtroom Deputy** | **Court Reporter** | **Asst. U.S. Attorney** |

=====================================================================
**U.S.A. vs (Dft listed below)**                        **Attorney for Defendant**

3)    ADRIANA AGUILAR                          3)    Stephen G. Frye
      **X present          X bond**                        **X present          X appointed**

_____

PROCEEDINGS:    CHANGE OF PLEA (count four of Indictment)

Defendant states her desire to change her plea to count four of the Indictment.

Court and counsel confer re: the change of plea and the plea agreement.  Government informs the Court that the plea agreement erroneously states that defendant will be pleading to count five instead of the correct count of count four of the Indictment.  Defense counsel agrees and defendant acknowledges that she is pleading to count four of the Indictment.

Defendant is sworn.  Defendant is advised of her rights.  The Court questions the defendant regarding the plea agreement.  The Court questions the defendant regarding the offered plea of Guilty.  Defendant now enters a new and different plea of Guilty to count four of the Indictment.

The Court finds a factual and legal basis for the plea; waivers of constitutional rights are freely, voluntarily and intelligently made.  The plea is accepted and entered.  The Jury Trial is vacated.

THE COURT REFERS THE DEFENDANT TO THE PROBATION OFFICE FOR THE PREPARATION OF A PRESENTENCE REPORT AND CONTINUES THE MATTER TO SEPTEMBER 26, 2016 AT 10:00 A.M. FOR SENTENCING.

                                                                            0:13 min

MINUTES FORM 6                                    Initials of Deputy Clerk ___CCH__
CRIM -- GEN