UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ADRIANA AGUILAR<br><br>　　　　Defendant. | Case No.  CR 15-00707-R-DDP (3)<br><br>ORDER TRANSFERRING CASA PROGRAM JUDICIAL OFFICER |

　　　IT IS ORDERED that the referral of the above-referenced defendant to the Conviction And Sentence Alternatives (CASA) Program is hereby transferred from Judge Dean D. Pregerson to Judge Andre Birotte, Jr., CASA Program Judicial Officer for all purposes.  The presiding judge shall remain unchanged.

Dated: July 11, 2016

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Dean D. Pregerson
　　　　　　　　　　　　　　　　　　　　　　United States District Judge