UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - CHANGE OF PLEA**

| Case No. | CR 15-00707-R-AB-3 | Date | August 1, 2016 |
|---|---|---|---|

| Present: The Honorable | ANDRÉ BIROTTE JR., United States District Judge |
|---|---|
| Interpreter | N/A |

| Carla Badirian | Chia Mei Jui | Patricia Daffodil Tyminski |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Adriana Aguilar | √ |  | √ | Stephen G Frye, CJA | √ | √ |  |

**Proceedings:**    **CHANGE OF PLEA (CASA PROGRAM)**

Defendant moves to withdraw her previous guilty plea entered on June 13, 2016 (Dkt. No. 90).

Defendant now moves to change her plea to Count 4 of the Indictment.

Defendant now enters a new and different plea of Guilty to Count 4 of the Indictment.

The Court questions the defendant regarding plea of Guilty and finds it knowledgeable and voluntary and orders the plea accepted and entered.

The Court orders this matter referred to the U.S. Probation Office for a presentence investigation and preparation of a modified presentence report, to include criminal history only.   **The Court defers the setting of the sentencing date until after the defendant has completed the CASA Program.**

Defendant's first CASA meeting is set for Wednesday, August 3, 2016 at 4:00 p.m.

Counsel of record is relieved of representing Defendant for the duration of CASA participation and a Federal Public Defender is appointed to represent Defendant for all purposes during CASA participation.

Bail to stand.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - CHANGE OF PLEA**

cc:   USPO, PSA, DPFD

|  |  |
|---|---|
| 00 | 30 |

Initials of Deputy Clerk

CB