# United States District Court
## Central District of California

Date: August 31, 2016

U.S. v. Adriana Aguilar

Docket No. CR 15-00707-R-AB-3

## CASA Program Status Report (Compliance)

You have had no violations since your last appearance in the CASA program. Accordingly, the CASA Program Team has taken the following actions:

- [✓] Case continued without further action
- [ ] Verbal praise
- [ ] Other: _____

All previously imposed terms and conditions of your pretrial supervision remain in effect, unless expressly noted otherwise.

Your next CASA program review date is on September 14, 2016 at 4:00 [ ] am [✓] pm at the U.S. Courthouse, 312 North Spring Street, Los Angeles, California, 90012. **Failure to appear at this review, or any other review date, may result in a warrant or other sanction(s).**

### Order of Court

Considered and ordered this 31st day of August, 2016, and ordered filed and made part of the records in the above case.

*[signature]*

André Birotte Jr.
United States District Judge

00 : 10

Initials of Deputy Clerk   CB

CR-106A (03/12)   CASA Program Status Report (Compliance)