# United States District Court
## Central District of California

Date: September 28, 2016

U.S. v. Adriana Aguilar                     Docket No. CR 15-00707-R-AB-3

## CASA Program Status Report (Compliance)

You have had no violations since your last appearance in the CASA program. Accordingly, the CASA Program Team has taken the following actions:

- ☑ Case continued without further action
- ☐ Verbal praise
- ☐ Other: _____

All previously imposed terms and conditions of your pretrial supervision remain in effect, unless expressly noted otherwise.

Your next CASA program review date is on October 12, 2016 at 4:00 ☐ am ☑ pm at the U.S. Courthouse, 312 North Spring Street, Los Angeles, California, 90012. **Failure to appear at this review, or any other review date, may result in a warrant or other sanction(s).**

**Order of Court**

Considered and ordered this 28th day of September, 2016, and ordered filed and made part of the records in the above case.

_(signature)_

André Birotte Jr.
United States District Judge

00 : 10

Initials of Deputy Clerk        CB

CR-106A (03/12)                CASA Program Status Report (Compliance)