# United States District Court
## Central District of California

Date: October 12, 2016

U.S. v. Adriana Aguilar                                   Docket No. CR 15-00707-R-AB-3

## CASA Program Status Report (Compliance)

You have had no violations since your last appearance in the CASA program. Accordingly, the CASA Program Team has taken the following actions:

- [✓] Case continued without further action

- [ ] Verbal praise

- [ ] Other: _____
    _____
    _____
    _____

All previously imposed terms and conditions of your pretrial supervision remain in effect, unless expressly noted otherwise.

Your next CASA program review date is on October 26, 2016 at 4:00 [ ] am [✓] pm at the U.S. Courthouse, 312 North Spring Street, Los Angeles, California, 90012. **Failure to appear at this review, or any other review date, may result in a warrant or other sanction(s).**

---

**Order of Court**

Considered and ordered this 12th day of October, 20 16, and ordered filed and made part of the records in the above case.

            /s/
_____
Paul Abrams
United States Magistrate Judge

                                                            00 : 10
                                        Initials of Deputy Clerk      CB

---

CR-106A (03/12)                   CASA Program Status Report (Compliance)